**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALEGENT CREIGHTON HEALTH CREIGHTON UNIVERSITY MEDICAL CENTER, LLC d/b/a CHI HEALTH CREIGHTON UNIVERSITY MEDICAL CENTER<br>601 N. 30th Street<br>Omaha, Nebraska 68131 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| ALEGENT HEALTH - BERGAN MERCY HEALTH SYSTEM d/b/a CHI HEALTH MERCY COUNCIL BLUFFS<br>800 Mercy Drive<br>Council Bluffs, Iowa 51503 | )<br>)<br>)<br>)<br>)<br>) |
| ALEGENT HEALTH - BERGAN MERCY HEALTH SYSTEM d/b/a BERGAN MERCY MEDICAL CENTER<br>7500 Mercy Road<br>Omaha, Nebraska 68124 | )      Civil Case No. _____<br>)<br>)<br>)<br>) |
| ALEGENT HEALTH - IMMANUEL MEDICAL CENTER d/b/a CHI HEALTH IMMANUEL<br>6901 North 72nd Street<br>Omaha, Nebraska 68122 | )<br>)<br>)<br>)<br>) |
| BAPTIST HOSPITAL, INC.<br>8900 North Kendall Drive<br>Miami, Florida 33176 | )<br>)<br>)<br>) |
| BETH ISRAEL MEDICAL CENTER d/b/a MOUNT SINAI BETH ISRAEL<br>1st Ave at 16th Street<br>New York, New York 10003 | )<br>)<br>)<br>)<br>) |
| CATHOLIC HEALTH INITIATIVES - IOWA, CORP. d/b/a MERCY MEDICAL CENTER - DES MOINES<br>1111 6th Avenue<br>Des Moines, Iowa 50314 | )<br>)<br>)<br>)<br>) |
| CATHOLIC HEALTH INITIATIVES COLORADO d/b/a MERCY REGIONAL MEDICAL CENTER<br>1010 Three Springs Boulevard<br>Durango, Colorado 81301 | )<br>)<br>)<br>) |

CATHOLIC HEALTH INITIATIVES COLORADO d/b/a    )
PENROSE/ST. FRANCIS HEALTHCARE                )
2125 North Cascade Avenue                     )
Colorado Springs, Colorado 80907              )
                                              )
CATHOLIC HEALTH INITIATIVES COLORADO d/b/a    )
ST. ANTHONY CENTRAL                           )
4321 West 16th Avenue                         )
Denver, Colorado 80204                        )
                                              )
CATHOLIC HEALTH INITIATIVES COLORADO d/b/a    )
ST. ANTHONY NORTH                             )
2551 West 84th Avenue                         )
Westminster, Colorado 80031                   )
                                              )
CATHOLIC HEALTH INITIATIVES COLORADO d/b/a    )
ST. ANTHONY SUMMIT MEDICAL CENTER             )
340 Peak One Drive                            )
Frisco, Colorado 80443                        )
                                              )
CATHOLIC HEALTH INITIATIVES COLORADO d/b/a    )
ST. MARY CORWIN MEDICAL CENTER                )
1008 Minnequa Avenue                          )
Pueblo, Colorado 81004                        )
                                              )
CATHOLIC HEALTH INITIATIVES COLORADO d/b/a    )
ST. THOMAS MORE HOSPITAL                       )
1338 Phay Avenue                              )
Canon City, Colorado 81212                    )
                                              )
CEDARS-SINAI MEDICAL CENTER                    )
8700 Beverly Boulevard                        )
Los Angeles, California 90048                  )
                                              )
CHI ST. LUKE'S HEALTH BAYLOR COLLEGE OF       )
MEDICINE MEDICAL CENTER d/b/a CHI ST. LUKE'S  )
HEALTH BAYLOR MEDICAL CENTER                   )
6720 Bertner Avenue                           )
Houston, Texas 77025                          )
                                              )
CLARA MAASS MEDICAL CENTER                     )
1 Clara Maass Drive                           )
Belleville, New Jersey 07109                   )

DALLAS COUNTY HOSPITAL DISTRICT d/b/a　　)
PARKLAND HEALTH & HOSPITAL SYSTEM　　)
5200 Harry Hines Blvd　　)
Dallas, Texas 75235　　)
　　)
DOCTORS HOSPITAL, INC.　　)
5000 University Drive　　)
Coral Gables, Florida 33146　　)
　　)
FLAGET HEALTHCARE, INC. d/b/a ST. JOE - FLAGET )
4305 New Shepherdsville Road　　)
Bardstown, Kentucky 40004　　)
　　)
FLORIDA HEALTH SCIENCES CENTER, INC. d/b/a　　)
TAMPA GENERAL HOSPITAL　　)
1 Tampa General Circle　　)
Tampa, Florida 33601　　)
　　)
FRANCISCAN HEALTH SYSTEM d/b/a　　)
ST. CLARE HOSPITAL　　)
11315 Bridgeport Way SW　　)
Lakewood, Washington 98003　　)
　　)
FRANCISCAN HEALTH SYSTEM d/b/a　　)
ST. FRANCIS HOSPITAL　　)
34515 Ninth Avenue South　　)
Federal Way, Washington 98003　　)
　　)
FRANCISCAN HEALTH SYSTEM d/b/a　　)
ST. JOSEPH MEDICAL CENTER　　)
1717 South "J" Street　　)
Tacoma, Washington 98405　　)
　　)
GOOD SAMARITAN HOSPITAL, KEARNEY,　　)
NEBRASKA d/b/a CHI HEALTH GOOD SAMARITAN　　)
10 East 31st Street　　)
Kearney, Nebraska 68847　　)
　　)
GRADY MEMORIAL HOSPITAL CORPORATION　　)
d/b/a GRADY MEMORIAL HOSPITAL　　)
80 Jesse Hill, Jr Drive SE　　)
Atlanta, Georgia 30303　　)
　　)
HARRISON MEDICAL CENTER　　)
2520 Cherry Avenue　　)
Bremerton, Washington 98310　　)

HIGHLAND HOSPITAL OF ROCHESTER           )
1000 South Avenue                        )
Rochester, New York 14620                )
                                         )
HIGHLINE MEDICAL CENTER                  )
16251 Sylvester Road SW                  )
Burien, Washington 98166                 )
                                         )
HOMESTEAD HOSPITAL, INC.                 )
975 Baptist Way                          )
Homestead, Florida 33033                 )
                                         )
JERSEY CITY MEDICAL CENTER               )
355 Grand Street                         )
Jersey City, New Jersey 07304            )
                                         )
JEWISH HOSPITAL & ST. MARY'S HEALTHCARE, )
INC. d/b/a JEWISH HOSPITAL & ST. MARY'S HEALTH )
539 South 4th Street                     )
Louisville, Kentucky 40202               )
                                         )
JEWISH HOSPITAL & ST. MARY'S HEALTHCARE, )
INC. d/b/a JEWISH HOSPITAL SHELBYVILLE    )
727 Hospital Drive                       )
Shelbyville, Kentucky 40065              )
                                         )
MEMORIAL HERMANN HEALTH SYSTEM d/b/a      )
MEMORIAL HERMANN HOSPITAL SYSTEM          )
1635 North Loop West                     )
Houston, Texas 77074                     )
                                         )
MEMORIAL HERMANN HEALTH SYSTEM d/b/a      )
MEMORIAL HERMANN KATY HOSPITAL            )
23900 Katy Freeway                       )
Katy, Texas 77494                        )
                                         )
MEMORIAL HERMANN HEALTH SYSTEM d/b/a      )
MEMORIAL HERMANN MEMORIAL                 )
CITY MEDICAL CENTER                      )
921 Gessner Road                         )
Houston, Texas 77024                     )
                                         )
MEMORIAL HERMANN HEALTH SYSTEM d/b/a      )
MEMORIAL HERMANN NORTHEAST                )
18951 North Memorial Drive               )
Humble, Texas 77338                      )

MEMORIAL HERMANN HEALTH SYSTEM d/b/a    )
MEMORIAL HERMANN SUGAR LAND HOSPITAL    )
17500 West Grand Parkway South    )
Sugarland, Texas 77479    )
    )
MEMORIAL HERMANN HEALTH SYSTEM d/b/a    )
MEMORIAL HERMANN-TEXAS MEDICAL CENTER    )
6411 Fannin Street    )
Houston, Texas 77030    )
    )
MERCY MEDICAL CENTER, INC.    )
2700 Stewart Parkway    )
Roseburg, Oregon 97470    )
    )
METHODIST HEALTH CENTERS d/b/a HOUSTON    )
METHODIST SUGAR LAND HOSPITAL    )
16655 Southwest Freeway    )
Sugar Land, Texas 77479    )
    )
METHODIST HEALTH CENTERS d/b/a HOUSTON    )
METHODIST WEST HOSPITAL    )
18500 Katy Freeway    )
Houston, Texas 77094    )
    )
METHODIST HEALTH CENTERS d/b/a HOUSTON    )
METHODIST WILLOWBROOK HOSPITAL    )
18220 Tomball Parkway    )
Houston, Texas 77070    )
    )
METHODIST HOSPITALS OF DALLAS d/b/a    )
METHODIST CHARLTON MEDICAL CENTER    )
3500 West Wheatland Road    )
Dallas, Texas 75237    )
    )
METHODIST HOSPITALS OF DALLAS d/b/a    )
METHODIST DALLAS MEDICAL CENTER    )
1441 North Beckley Avenue    )
Dallas, Texas 75203    )
    )
MONMOUTH MEDICAL CENTER, INC.    )
300 Second Avenue    )
Long Branch, New Jersey 07740    )

MONMOUTH MEDICAL CENTER, INC. f/d/b/a    )
KIMBALL MEDICAL CENTER    )
600 River Avenue    )
Lakewood, New Jersey 08701    )
    )
NEW YORK EYE AND EAR INFIRMARY OF    )
MOUNT SINAI    )
310 East 14th Street    )
New York, New York 10003    )
    )
NEWYORK PRESBYTERIAN / QUEENS    )
56-45 Main Street    )
Flushing, New York 11355    )
    )
NEWARK BETH ISRAEL MEDICAL CENTER, INC.    )
201 Lyons Avenue    )
Newark, New Jersey 07112    )
    )
NEWYORK PRESBYTERIAN BROOKLYN    )
METHODIST HOSPITAL d/b/a NEW YORK –    )
PRESBYTERIAN/BROOKLYN METHODIST    )
506 Sixth Street    )
Brooklyn, New York 11215    )
    )
ORLANDO HEALTH CENTRAL, INC. d/b/a    )
HEALTH CENTRAL    )
10000 West Colonial Drive    )
Ocoee, Florida 34761    )
    )
ORLANDO HEALTH, INC.    )
1414 Kuhl Avenue    )
Orlando, Florida 32806    )
    )
SAINT BARNABAS MEDICAL CENTER    )
94 Old Short Hills Road    )
Livingston, New Jersey 07039    )
    )
SAINT ELIZABETH REGIONAL MEDICAL CENTER    )
d/b/a CHI HEALTH ST. ELIZABETH    )
555 South 70th Street    )
Lincoln, Nebraska 68510    )
    )
SAINT FRANCIS MEDICAL CENTER d/b/a CHI    )
HEALTH ST. FRANCIS    )
2620 West Faidley Avenue    )
Grand Island, Nebraska 68803    )

SAINT JOSEPH HEALTH SYSTEM, INC d/b/a          )
ST. JOSEPH HOSPITAL LONDON                     )
1001 Saint Joseph Lane                         )
London, Kentucky 40741                         )
                                               )
SAINT JOSEPH HEALTH SYSTEM, INC. d/b/a         )
SAINT JOSEPH EAST                              )
150 North Eagle Creek                          )
Lexington, Kentucky 40509                      )
                                               )
SAINT JOSEPH HEALTH SYSTEM, INC. d/b/a         )
SAINT JOSEPH HOSPITAL                          )
One Saint Joseph Drive                         )
Lexington, Kentucky 40504                      )
                                               )
SAINT JOSEPH HEALTH SYSTEM, INC. d/b/a         )
SAINT JOSEPH-MOUNT STERLING                    )
225 Falcon Drive                               )
Mount Sterling, Kentucky 40353                 )
                                               )
SAN JACINTO METHODIST HOSPITAL                 )
4401 Garth Road                                )
Baytown, Texas 77521                           )
                                               )
SHANDS JACKSONVILLE MEDICAL CENTER, INC.       )
d/b/a UF HEALTH JACKSONVILLE                    )
655 West 8th Street                            )
Jacksonville, Florida 32209                    )
                                               )
SHANDS TEACHING HOSPITAL AND CLINICS, INC.     )
d/b/a UF HEALTH SHANDS HOSPITAL                 )
1600 SW Archer Road                            )
Gainesville, Florida 32608                     )
                                               )
SOUTH LAKE HOSPITAL, INC.                      )
1900 Don Wickham Drive                         )
Clermont, Florida 34711                        )
                                               )
SOUTH MIAMI HOSPITAL, INC.                     )
6200 SW 73rd Street                            )
South Miami, Florida 33143                     )
                                               )
ST. CATHERINE HOSPITAL                         )
401 East Spruce                                )
Garden City, Kansas 67846                      )

ST. LUKE'S COMMUNITY DEVELOPMENT            )
CORPORATION-SUGAR LAND d/b/a               )
ST. LUKE'S SUGAR LAND HOSPITAL             )
1317 Lake Pointe Parkway                   )
Sugarland, Texas 77478                     )
                                           )
ST. LUKE'S COMMUNITY HEALTH SERVICES d/b/a )
ST. LUKE'S THE WOODLANDS HOSPITAL          )
17200 St. Luke's Way                       )
The Woodlands, Texas 77384                 )
                                           )
ST. LUKE'S HOSPITAL AT THE VINTAGE         )
20171 Chasewood Park Drive                 )
Houston, Texas 77070                       )
                                           )
ST. LUKE'S ROOSEVELT HOSPITAL d/b/a        )
MOUNT SINAI ST. LUKE'S                     )
1111 Amsterdam Avenue                      )
New York, New York 10025                   )
                                           )
ST. JOSEPH REGIONAL HEALTH NETWORK d/b/a   )
ST. JOSEPH MEDICAL CENTER                  )
2500 Bernville Road                        )
Reading, Pennsylvania 19605                )
                                           )
ST. VINCENT INFIRMARY MEDICAL CENTER       )
2 St. Vincent Circle                       )
Little Rock, Arkansas 72205                )
                                           )
THE FREDERICK FERRIS THOMPSON HOSPITAL     )
350 Parrish Street                         )
Canandaigua, New York 14424                )
                                           )
THE GOOD SAMARITAN HOSPITAL OF CINCINNATI, )
OHIO d/b/a GOOD SAMARITAN HOSPITAL         )
375 Dixmyth Avenue                         )
Cincinnati, Ohio 45220                     )
                                           )
THE METHODIST HOSPITAL d/b/a HOUSTON       )
METHODIST HOSPITAL                         )
6565 Fannin Street                         )
Houston, Texas 77030                       )
                                           )
THE MOUNT SINAI HOSPITAL                   )
One Gustave L Levy Place                   )
New York, New York 10029                   )

THE NEW YORK AND PRESBYTERIAN HOSPITAL    )
d/b/a NEW YORK-PRESBYTERIAN/WEILL    )
CORNELL MEDICAL CENTER    )
525 East 68th Street    )
New York, New York 10065    )
    )
THE NEW YORK COMMUNITY HOSPITAL OF    )
BROOKLYN, INC.    )
2525 Kings Highway    )
Brooklyn, New York 11229    )
    )
UNIVERSITY MEDICAL CENTER, INC. f/d/b/a    )
UNVIERSITY OF LOUISVILLE HOSPITAL    )
530 South Jackson Street    )
Louisville, Kentucky 40202    )
    )
UNIVERSITY OF ROCHESTER, A NEW YORK    )
EDUCATIONAL CORPORATION, THROUGH ITS    )
STRONG MEMORIAL HOSPITAL DIVISION d/b/a    )
STRONG MEMORIAL HOSPITAL    )
601 Elmwood Avenue    )
Rochester, New York 14642    )
    )
WEST KENDALL BAPTIST HOSPITAL, INC.    )
9555 SW 162 Avenue    )
Miami, Florida 33196    )
    )
               Plaintiffs,    )
    )
    v.    )
    )
ALEX M. AZAR, Secretary,    )
United States Department of    )
Health and Human Services,    )
200 Independence Ave. S.W.    )
Washington, District of Columbia 20201    )
    )
    )

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

## I.  NATURE OF SUIT

    1.    This is an action for judicial review of a final decision of the Secretary of the

Department of Health and Human Services ("Secretary") denying jurisdiction over appeals relating

to the Medicare disproportionate share hospital ("DSH") payment for uncompensated care costs for Federal fiscal year ("FFY") 2014.

2.    The Hospitals seek an order reversing the jurisdictional decision of the Secretary's Provider Reimbursement Review Board ("Board") and remanding this matter to the Board for further proceedings on the merits of the Hospitals' claims.

## II.    PARTIES

3.    The plaintiff Hospitals are general acute care hospitals that participated as providers of service under the Medicare program during FFY 2014.  The plaintiff hospitals are:

(1)    Alegent Creighton Health Creighton University Medical Center, LLC d/b/a CHI Health Creighton University Medical Center, Provider No. 28-0030;

(2)    Alegent Health - Bergan Mercy Health System d/b/a CHI Health Mercy Council Bluffs, Provider No. 16-0028;

(3)    Alegent Health - Bergan Mercy Health System d/b/a Bergan Mercy Medical Center, Provider No. 28-0060;

(4)    Alegent Health - Immanuel Medical Center d/b/a CHI Health Immanuel, Provider No. 28-0081;

(5)    Baptist Hospital, Inc., Provider No. 10-0008;

(6)    Beth Israel Medical Center d/b/a Mount Sinai Beth Israel, Provider No. 33-0169;

(7)    Catholic Health Initiatives - Iowa, Corp. d/b/a Mercy Medical Center - Des Moines, Provider No. 16-0083;

(8)    Catholic Health Initiatives Colorado d/b/a Mercy Regional Medical Center, Provider No. 06-0013;

(9)    Catholic Health Initiatives Colorado d/b/a Penrose/St. Francis Healthcare, Provider No. 06-0031;

(10)    Catholic Health Initiatives Colorado d/b/a St. Anthony Central, Provider No. 06-0015;

(11)    Catholic Health Initiatives Colorado d/b/a St. Anthony North, Provider No. 06-0104;

(12)    Catholic Health Initiatives Colorado d/b/a St. Anthony Summit Medical Center, Provider No. 06-0118;

(13)    Catholic Health Initiatives Colorado d/b/a St. Mary Corwin Medical Center, Provider No. 06-0012;

(14)    Catholic Health Initiatives Colorado d/b/a St. Thomas More Hospital, Provider No. 06-0016;

(15)    Cedars-Sinai Medical Center, Provider No. 05-0625;

(16)    CHI St. Luke's Health Baylor College of Medicine Medical Center d/b/a CHI St. Luke's Health Baylor Medical Center, Provider No. 45-0193;

(17)    Clara Maass Medical Center, Provider No. 31-0009;

(18)    Dallas County Hospital District d/b/a Parkland Health & Hospital System, Provider No. 45-0015;

(19)    Doctors Hospital, Inc., Provider No. 10-0296;

(20)    Flaget Healthcare, Inc. d/b/a St. Joe - Flaget, Provider No. 18-0025;

(21)    Florida Health Sciences Center, Inc. d/b/a Tampa General Hospital, Provider No. 10-0128;

(22)    Franciscan Health System d/b/a St. Clare Hospital, Provider No. 50-0021;

(23)    Franciscan Health System d/b/a St. Francis Hospital, Provider No. 50-0141;

(24)    Franciscan Health System d/b/a St. Joseph Medical Center, Provider No. 50-0108;

(25)    Good Samaritan Hospital, Kearney, Nebraska d/b/a CHI Health Good Samaritan, Provider No. 28-0009;

(26)    Grady Memorial Hospital Corporation d/b/a Grady Memorial Hospital, Provider No. 11-0079;

(27)    Harrison Medical Center, Provider No. 50-0039;

(28)    Highland Hospital of Rochester, Provider No. 33-0164;

(29)    Highline Medical Center, Provider No. 50-0011;

(30)    Homestead Hospital, Inc., Provider No. 10-0125;

(31)    Jersey City Medical Center, Provider No. 31-0074;

(32)    Jewish Hospital & St. Mary's Healthcare, Inc. d/b/a Jewish Hospital & St. Mary's Health, Provider No. 18-0040;

(33)    Jewish Hospital & St. Mary's Healthcare, Inc. d/b/a Jewish Hospital Shelbyville, Provider No. 18-0016;

(34)    Memorial Hermann Health System d/b/a Memorial Hermann Hospital System, Provider No. 45-0184;

(35)    Memorial Hermann Health System d/b/a Memorial Hermann Katy Hospital, Provider No. 45-0847;

(36)    Memorial Hermann Health System d/b/a Memorial Hermann Memorial City Medical Center, Provider No. 45-0610;

(37)    Memorial Hermann Health System d/b/a Memorial Hermann Northeast, Provider No. 45-0684;

(38)    Memorial Hermann Health System d/b/a Memorial Hermann Sugar Land Hospital, Provider No. 45-0848;

(39)    Memorial Hermann Health System d/b/a Memorial Hermann-Texas Medical Center, Provider No. 45-0068;

(40)    Mercy Medical Center, Inc., Provider No. 38-0027;

(41)    Methodist Health Centers d/b/a Houston Methodist Sugar Land Hospital, Provider No. 45-0820;

(42)    Methodist Health Centers d/b/a Houston Methodist West Hospital, Provider No. 67-0077;

(43)    Methodist Health Centers d/b/a Houston Methodist Willowbrook Hospital, Provider No. 45-0844;

(44)    Methodist Hospitals of Dallas d/b/a Methodist Charlton Medical Center, Provider No. 45-0723;

(45)    Methodist Hospitals of Dallas d/b/a Methodist Dallas Medical Center, Provider No. 45-0051;

(46)    Monmouth Medical Center, Inc. Provider No. 31-0075;

(47)    Monmouth Medical Center, Inc. f/d/b/a Kimball Medical Center, Provider No. 31-0084;

(48)    New York Eye and Ear Infirmary of Mount Sinai, Provider No. 33-0100;

(49)    NewYork – Presbyterian / Queens, Provider No. 33-0055;

(50)    Newark Beth Israel Medical Center, Inc., Provider No. 31-0002;

(51)    NewYork Presbyterian Brooklyn Methodist Hospital d/b/a New York - Presbyterian/Brooklyn Methodist, Provider No. 33-0236;

(52)    Orlando Health Central, Inc. d/b/a Health Central, Provider No. 10-0030;

(53)    Orlando Health, Inc., Provider No. 10-0006;

(54)    Saint Barnabas Medical Center, Provider No. 31-0076;

(55)    Saint Elizabeth Regional Medical Center d/b/a CHI Health St. Elizabeth, Provider No. 28-0020;

(56)    Saint Francis Medical Center d/b/a CHI Health St. Francis, Provider No. 28-0023;

(57)    Saint Joseph Health System, Inc. d/b/a St. Joseph Hospital London, Provider No. 18-0011;

(58)    Saint Joseph Health System, Inc. d/b/a Saint Joseph East, Provider No. 18-0143;

(59)    Saint Joseph Health System, Inc. d/b/a Saint Joseph Hospital, Provider No. 18-0010;

(60)    Saint Joseph Health System, Inc. d/b/a Saint Joseph-Mount Sterling, Provider No. 18-0064;

(61)    San Jacinto Methodist Hospital, Provider No. 45-0424;

(62)    Shands Jacksonville Medical Center, Inc. d/b/a UF Health Jacksonville, Provider No. 10-0001;

(63)    Shands Teaching Hospital and Clinics, Inc. d/b/a UF Health Shands Hospital, Provider No. 10-0113;

(64)    South Lake Hospital, Inc., Provider No. 10-0051;

(65)    South Miami Hospital, Inc., Provider No. 10-0154;

(66)    St. Catherine Hospital, Provider No. 17-0023;

(67)    St. Luke's Community Development Corporation-Sugar Land d/b/a St. Luke's Sugar Land Hospital, Provider No. 67-0053;

(68)    St. Luke's Community Health Services d/b/a St. Luke's The Woodlands Hospital, Provider No. 45-0862;

(69)   St. Luke's Hospital at The Vintage, Provider No. 67-0075;

(70)   St. Luke's Roosevelt Hospital d/b/a Mount Sinai St Luke's, Provider No. 33-0046;

(71)   St. Joseph Regional Health Network d/b/a St. Joseph Medical Center, Provider No. 39-0096;

(72)   St. Vincent Infirmary Medical Center, Provider No. 04-0007;

(73)   The Frederick Ferris Thompson Hospital, Provider No. 33-0074;

(74)   The Good Samaritan Hospital of Cincinnati, Ohio d/b/a Good Samaritan Hospital, Provider No. 36-0134;

(75)   The Methodist Hospital d/b/a Houston Methodist Hospital, Provider No. 45-0358;

(76)   The Mount Sinai Hospital, Provider No. 33-0024;

(77)   The New York and Presbyterian Hospital d/b/a New York-Presbyterian/Weill Cornell Medical Center, Provider No. 33-0101;

(78)   The New York Community Hospital of Brooklyn, Inc., Provider No. 33-0019;

(79)   University Medical Center, Inc. f/d/b/a Unviersity of Louisville Hospital, Provider No. 18-0141;

(80)   University of Rochester, a New York educational corporation, through its Strong Memorial Hospital division d/b/a Strong Memorial Hospital, Provider No. 33-0285; and

(81)   West Kendall Baptist Hospital, Inc., Provider No. 10-0314.

4.     Defendant Alex M. Azar is the Secretary of the United States Department of Health and Human Services, the Federal agency that administers the Medicare program.  The Secretary is sued only in his official capacity.  References to the Secretary herein are meant to refer to him, his subordinate agencies and officials, and to his official predecessors or successors as the context requires.

5.      The Centers for Medicare & Medicaid Services ("CMS") is a component of the Secretary's Department with responsibility for day-to-day operation and administration of the Medicare program.

## III.  JURISDICTION AND VENUE

6.      This action arises under the Medicare Act, title XVIII of the Social Security Act (the "Act"), 42 U.S.C. § 1395 *et seq.*, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 551 *et seq*.

7.      Jurisdiction is proper under 42 U.S.C. § 1395oo(f)(1).

8.      Venue is proper in this judicial district under 42 U.S.C. § 1395oo(f)(1).

## IV.  STATUTORY AND REGULATORY BACKGROUND

### A.      Medicare Inpatient Hospital Prospective Payment System

9.      Part A of the Medicare Act covers inpatient hospital services. *See Northeast Hosp. Corp. v. Sebelius*, 657 F.3d 1, 2 (D.C. Cir. 2011).  Under part A, the Secretary makes payments to hospitals on behalf of individuals who are entitled to benefits under part A for inpatient hospital services furnished to them. *Id*.

10.     Hospitals that participate as "providers of service" under Medicare Part A submit bills to Medicare for inpatient hospital services furnished to Medicare part A patients. *See* 42 C.F.R. §§ 424.30 – 424.44.  Medicare Part A makes payments on those bills based on estimated and interim payment rates per discharge that are ultimately reconciled in a later final determination as to the total amount of program reimbursement due to a hospital for services furnished during the hospital fiscal year. *See* 42 C.F.R. §§ 405.1803, 413.60, 413.64; *see also Good Samaritan Hosp. v. Shalala,* 508 U.S. 402, 406-07 (1993).

11.     After each fiscal year, hospitals file annual cost reports with private insurance companies, called Medicare Administrative Contractors (formerly fiscal intermediaries), which

serve as the Secretary's audit and payment agents under contractual arrangements with the agency. *Baystate Med. Ctr. v. Leavitt*, 545 F.Supp. 2d 20, 24, 43 (D.D.C. 2008). The Medicare contractors review the cost reports and eventually issue the final payment determination, called a notice of program reimbursement ("NPR"), *id*., years after the end of the fiscal year covered by the cost report. *Id.* at 24, 43.

12.    For most hospitals, payment for the operating costs of inpatient hospital services is made under the Medicare inpatient hospital prospective payment system. *Cape Cod Hosp. v. Sebelius*, 630 F.3d 203, 205 (D.C. Cir. 2011). Under this prospective payment system, the payment rate per case is based upon prospectively-determined rates reflecting a national average cost per case. *See* 42 U.S.C. § 1395ww(d).

### B.    The Traditional DSH Payment Adjustment

13.    The national standard rate per discharge under the prospective payment system is subject to a number of hospital-specific adjustments, 42 U.S.C. § 1395ww(d)(5), including an upward percentage adjustment for hospitals that serve a disproportionate share of low-income patients, known as the DSH payment. *Id*. § 1395ww(d)(5)(F).

14.    The calculation of the traditional DSH payment adjustment turns in large part on the number of Medicaid and low-income Medicare patients treated by a hospital in a hospital fiscal year. *Id*. § 1395ww(d)(5)(F)(vi); *see also Northeast Hosp. Corp*., 657 F.3d at 3.

### C.    The DSH Payment For Uncompensated Care

15.    In the Affordable Care Act, Congress modified the DSH payment effective October 1, 2013, the beginning of FFY 2014. *See* 42 U.S.C. § 1395ww(r). Congress enacted the new DSH payment scheme in tandem with other provisions of the ACA that were intended to substantially expand health insurance coverage.

16.     The related changes to the DSH payment were two-fold.  First, the traditional DSH payment adjustment to the hospital prospective payment rates was reduced to 25 percent of the amount that otherwise would be paid based on a hospital's disproportionate patient percentage for a cost reporting period.  42 U.S.C. §§ 1395ww(d)(5)(F)(i) and 1395ww(r)(1).

17.     Second, Congress established a new, separate DSH payment for uncompensated costs of care furnished to uninsured patients.  42 U.S.C. §§ 1395ww(d)(5)(F)(i) and 1395ww(r)(2).  This new payment for FFY 2014 is the product of three factors:  (1) 75 percent of the national aggregate amount of DSH payments that would have been paid for FFY 2014 under the traditional payment methodology; (2) an adjustment to the first factor to account for the percentage change in the national uninsured rate in FFY 2014 as compared with the uninsured rate for FFY 2013; and (3) each qualifying hospital's percentage of the total uncompensated care costs incurred by all hospitals that qualify for the new DSH payment.  *Id.*

**D.     Rulemaking on the DSH Payment for Uncompensated Care**

18.     On August 19, 2013, the Secretary promulgated a final rule implementing the new DSH payment for uncompensated care in FFY 2014.  78 Fed. Reg. 50,496, 50,620-647, 50,966.  That rule adopted amendments to the DSH payment regulation, codified at 42 C.F.R. § 412.106(g).  *Id*. at 50,966.  The rule also calculated preliminary DSH payment amounts for uncompensated care costs for FFY 2014.

19.     The final rule provides that the preliminary payment amounts calculated in the rulemaking will not change based on later, more accurate data that becomes available to the Secretary before final payment determinations for DSH uncompensated care are rendered in NPRs to be issued years later:  "The final values for each of the three factors are determined for each fiscal year at the time of development of the annual final rule for the hospital inpatient prospective

payment system, and these values are used for both interim and final payment determinations." *Id*. at 50,966 (adding the regulation then codified at 42 C.F.R. § 412.106(g)(1)(iv)).

20.     Final payment of those amounts is dependent upon a hospital qualifying for the traditional DSH payment for 2014, based on the hospital's actual patient-day data for 2014, s*ee id*. (adding § 412.106(g)), and a hospital's qualification for the traditional DSH payment, as well as the DSH uncompensated care payment, is not finally determined until the Medicare program contractor issues a final payment determination in an NPR, years later.

21.     The Secretary invoked agency interests in finality, predictability and administrative ease, *id*. at 50,628, 50,630, to support the regulation fixing the calculation of the DSH uncompensated care payment amounts "at the time of development of the annual final rule for the hospital inpatient prospective payment system."  *Id*. at 50,966 (adding § 412.106(g)(1)(iv)).  The effect of the regulation, however, is to cement errors in the calculation of those amounts into the final payments made for 2014.

22.     The Plaintiff hospitals contend that the Secretary's calculation of the DSH uncompensated care payment amounts for FFY 2014 is marked by errors that were readily apparent on the face of the final rule, and were addressed in comments on the proposed rule, including some errors that could be easily ameliorated through the use of later, more accurate information that would be readily available to the Secretary by the time final payment determinations are made in NPRs issued years later.

## V.     PROCEDURAL HISTORY

23.     In January 2014, the plaintiff Hospitals timely initiated appeals to the Secretary's Provider Reimbursement Review Board relating to the DSH uncompensated care payments for FFY 2014 and the validity of the final rule governing those payments.  The Secretary's Board assigned those appeals the following case numbers:  14-2109G, 14-2112GC, 14-2113GC, 14-

2114GC, 14-2121GC, 14-2122GC, 14-2124GC, 14-2125GC, 14-2126GC, 14-2127GC and 14-2207GC.

24.     In a decision dated July 5, 2018, and received by the Hospitals' counsel on July 10, 2018, the Secretary's Board dismissed the appeals *sua sponte* based on its conclusion that the Hospitals' claims are precluded from review by 42 U.S.C. § 1395ww(r)(3).[1]  The Board made this decision without providing the plaintiff Hospitals the opportunity to be heard as to why jurisdiction was proper.

25.     By letter dated August 31, 2018, the Hospitals requested that the Board reconsider its decision denying jurisdiction and afford them an opportunity to present evidence and briefing on the Board's jurisdiction over their appeals.

## VI.    ASSIGNMENT OF ERRORS

26.     The Medicare statute provides for judicial review of final decisions of the Secretary under the applicable provisions of the APA.  42 U.S.C. § 1395oo(f)(1).

27.     The applicable provisions of the APA provide that the "reviewing court shall . . . hold unlawful and set aside agency action . . . found to be . . . (A) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law; . . .(C) in excess of statutory jurisdiction, authority, or limitations, or short of statutory right; (D) without observance of procedure required by law; [or] (E) unsupported by substantial evidence[.]"  5 U.S.C. § 706(2).  The decision by the Secretary's Board to dismiss the Hospitals' appeals should be set aside for several reasons, including those described below.

---

[1] The Board's dismissal also included in its header case number 15-1094GC, which we believe was an error and the Hospitals have asked the Board to clarify.

28.     The *sua sponte* dismissal of the Hospitals' appeals by the Secretary's Board, without first affording the Hospitals an opportunity to offer evidence and briefing as to why the Board has jurisdiction over the Hospitals' claims, constitutes a denial of due process and is arbitrary, capricious, an abuse of discretion and otherwise improper.

29.     The DSH uncompensated care payment statute precludes administrative and judicial review of certain limited elements of the payment calculation—"estimates of the Secretary" and "periods selected by the Secretary." 42 U.S.C. § 1395ww(r)(3). The Secretary's Board erred in dismissing the Hospitals claims that do not fall into these narrow categories.

30.     The Hospitals' challenges to the validity of the final rule governing the determination of DSH uncompensated care payment amounts for FFY 2014, for example, is not precluded from review. *See ParkView Med. Assocs., L.P. v. Shalala*, 158 F.3d 146, 148 (D.C. Cir. 1998) (holding that although "[j]udicial review of the [reclassification] denial itself" was barred, the hospital was nonetheless "free to challenge the general rules leading to the denial"); *see also Universal Health Servs. of McAllen, Inc. v. Sullivan*, 770 F. Supp. 704 (D.D.C. 1991), *aff'd*, 978 F.2d 745 (D.C. Cir. 1992).

31.     The Secretary's final determination denying jurisdiction over the plaintiff Hospitals' claims is also invalid, and should be set aside, because it raises serious constitutional concerns. Congress can "make exceptions to the historic practice whereby courts review agency action" only "[s]ubject to constitutional constraints," *Bowen v. Mich. Acad. of Family Physicians*, 476 U.S. 667, 672-73 (1986), and deprivation of all review raises "serious constitutional question[s]," *id.* at 681 n.12 (internal quotation marks omitted). "Separation-of-powers concerns" likewise "caution *** against reading legislation," including the statute governing the DSH

payment for uncompensated care, "to place in executive hands authority to remove cases from the Judiciary's domain." *Kucana v. Holder*, 558 U.S. 233, 237 (2010).

## VII.    RELIEF REQUESTED

32.    For the foregoing reasons, plaintiff Hospitals request an Order:

a)    declaring invalid and setting aside the final decision precluding administrative and judicial review of the Hospitals' appeals relating to their DSH uncompensated care payments for Federal fiscal year 2014;

b)    remanding this matter to the Secretary's Board for further proceedings on the merits of the Hospitals' claims;

c)    directing the Secretary to pay plaintiff Hospitals' legal fees and other costs of suit; and

d)    providing such other relief as the Court may deem appropriate.


Respectfully Submitted,


/s/ Stephanie A. Webster
Stephanie A. Webster
  DC Bar No. 479524
Christopher L. Keough
  DC Bar No. 436567
Alex J. Talley
  DC Bar No. 1020488
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Phone: (202) 887-4049
Fax: (202) 887-4288
swebster@akingump.com

Dated: August 31, 2018