UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEGENT CREIGHTON HEALTH<br>CREIGHTON UNIVERSITY MEDICAL<br>CENTER, LLC, *et al.*,<br><br>       Plaintiffs,<br>v.<br><br>ALEX M. AZAR II, Secretary<br>of Health and Human Services,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)   Case No.: 18-cv-2044(RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby dismiss this case.

                                                                                 Respectfully submitted,

                                                                                 By: <u>/s/ Stephanie A Webster</u>
                                                                                 Stephanie A. Webster
                                                                                    DC Bar No. 479524
                                                                                  Christopher L. Keough
                                                                                   DC Bar No. 436567
                                                                                  Alex J. Talley
                                                                                  DC Bar No. 1020488
                                                               AKIN GUMP STRAUSS HAUER & FELD L.L.P.
                                                               2001 K Street, N.W.
                                                               Washington, D.C. 20006
                                                               (202) 887-4049 (phone)
                                                               (202) 887-4288 (fax)
                                                               E-mail: swebster@akingump.com

                                                               *Counsel for Plaintiffs*

Dated: August 20, 2019